```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA              :
                                              08 Cr. 209
            -v.-                      :
                                              ORDER
BEHZAD ZAMAN,                         :
     a/k/a "Ben Zaman,"
                                      :
            Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Assistant United States Attorney Iris Lan, it is hereby

ORDERED that Indictment 08 Cr. 209, which has heretofore been sealed, is hereby unsealed.

Dated:  New York, New York
        April 16, 2008

_____
UNITED STATES MAGISTRATE JUDGE

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08